AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2021

SEAN F. McAVOY, CLERK

CHARLES JOSEPH REEVIS, also known as
Specialop'zbaby,

*Plaintiff*

v.

U.S DEPARTMENT OF JUSTICE FBI MISCONDUCT
DIVISION, SPOKANE COUNTY SUPERIOR COURT
and STATE OF WASHINGTON DEPARTMENT OF
SOCIAL AND HEALTH BEHAVIORAL HEALTH
ADMINISTRATION EASTERN STATE HOSPTILE,
*Defendant*

)
)
)
)
)
)

Civil Action No.  2:21-CV-00034-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   This action is DISMISSED with prejudice as frivolous, malicious, and for failure to state a claim upon which relief may
be granted under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge      ROSANNA MALOUF PETERSON.

Date:  6/8/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez